**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

JAMES WALPOLE

VERSUS

H&E EQUIPMENT
SERVICES, INC., ET AL.

CIVIL ACTION

26-77-SDD-SDJ

## RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson dated July 22, 2026, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Plaintiff's *Motion to Remand*[3] is **DENIED**, as this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

Signed in Baton Rouge, Louisiana, on this ____11th____ day of August, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 6.
[2] Rec. Doc. 18.
[3] Rec. Doc. 6.